DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
MATTHEW SHAFER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW SHAFER,<br><br>Defendant. | Case No. 1:19-cr-00205-NONE-SKO<br><br>REQUEST FOR RECONVEYANCE OF REAL PROPERTY AND ORDER |

TO: **PHILLIP A. TALBERT, ACTING UNITED STATES ATTORNEY, AND ROSS PEARSON, COUNSEL FOR PLAINTIFF:**

I, Douglas C. Foster, declare as follows:

1. On or about July 28, 2020, Huong Bell and David W. Shafer recorded and executed a Deed of Trust for a property bond in the amount of $100,000 for the property located at 5116 Tamara Way; Salida, CA 95368

2. Deed Document Number: DOC-2020-0043611-00 was recorded in the name of the U.S. District Court Clerk for purposes of securing the bail of the Defendant, Matthew David Shafer.

3. The property was conveyed inadvertently and by mistake. The Court did not accept the property as surety for Mr. Shafer's release.

4. Wherefore, it is hereby requested that the following property be reconveyed:

    a. 5116 Tamara Way; Salida, CA 95368

Dated: May 24, 2021          /s/ Douglas Foster

                             DOUGLAS C. FOSTER
                             Law Offices of Douglas C. Foster
                             Attorney for Defendant
                             MATTHEW SHAFER

# ORDER

IT IS HEREBY ORDERED that the following property be reconveyed:

Deed Document Number: DOC-2020-0043611-00, dated on or about July 28, 2020 in the names of Huong Bell and David W. Shafer.

IT IS SO ORDERED.

Dated: 7/9/2021                              /s/Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE