1    DOUGLAS C. FOSTER, CA #205674
     Law Offices of Douglas C. Foster
2    139 W. El Portal Dr.; Suite D
     Merced, CA  95348
3    Telephone: (209) 691-7280
     Fax: (209) 691-7290
4
     Attorney for Defendant
5    MICHAEL DAVID SHAFER

6

7                        IN THE UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,            Case No. 1:19-cr-00205-NONE-SKO

11            Plaintiff,
                                          STIPULATION AND ORDER
12   vs.                                  TO CONTINUE SENTENCING

13   MICHAEL DAVID SHAFER,

14            Defendant.

15

16

17        IT IS HEREBY STIPULATED by and between the parties hereto, through their

18   respective counsel, that the sentencing hearing in the above-captioned matter now set for October

19   22, 2021 may be continued to November 12, 2021 at 9:30 a.m.

20        Defense counsel is presently engaged in a jury trial in Merced County in a multiple count

21   sexual assault case and will be unable to complete the necessary pre-sentencing work in a timely

22   fashion. Counsel for the government is also currently engaged in a jury trial.

23        Counsel for the government and the assigned USPO have no objection to the requested

24   date.  As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial

25   Act.

26

27

28

1    IT IS SO SIPULATED:

2                                                          McGREGOR SCOTT
                                                          United States Attorney
3

4
     DATED: 9/29/2021                          _____/s/_____
5                                                         ROSS PEARSON
                                                          Assistant United States Attorney
6                                                         Attorney for Plaintiff

7

8

9    DATED: 9/29/2021                          _____/s/_____
                                                          DOUGLAS C. FOSTER
10                                                        Law Offices of Douglas C. Foster
                                                          Attorney for Defendant
11                                                        MICHAEL SHAFER

12

13

14                                        **ORDER**

15
         IT IS SO ORDERED that the sentencing hearing in the above-captioned case shall be
16
     continued to November 12, 2021 at 9:30 a.m.
17

18   IT IS SO ORDERED.

19
         Dated:   **September 30, 2021**        _____
20                                                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28
     USA v. Shafer – Stipulation and Order              -2-