DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
MICHAEL DAVID SHAFER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SHAFER,<br><br>Defendant. | Case No. 1:19-cr-00205-NONE<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for November 12, 2021 may be continued to December 3, 2021 at 9:30 a.m.

Defense counsel was recently in trial and had briefing due in California's Fifth District Court of Appeal and has not yet had an opportunity to complete pre-sentencing work on the defendant's case.

Counsel for the government and the assigned USPO have no objection to the requested date. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

IT IS SO SIPULATED:

        PHILLIP A. TALBERT
        United States Attorney

DATED:          /s/ Ross Pearson
        ROSS PEARSON
        Assistant United States Attorney
        Attorney for Plaintiff

DATED:          /s/ Douglas C. Foster
        DOUGLAS C. FOSTER
        Law Offices of Douglas C. Foster
        Attorney for Defendant
        MICHAEL SHAFER

## **ORDER**

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING, the sentencing hearing in the above-captioned case shall be continued to December 3, 2021 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 21, 2021**

                                                                  UNITED STATES DISTRICT JUDGE