DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
MICHAEL DAVID SHAFER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SHAFER,<br><br>Defendant. | Case No. 1:19-cr-00205-NONE<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for December 3, 2021 may be continued to January 28, 2022 at 8:30 a.m.

The defense is still working on preparing its sentencing memorandum and gathering information. In addition, the defendant is reconsidering his position regarding whether he will seek to take advantage of the safety valve. Counsel needs additional time to discuss these issues with his client.

Counsel for the government and the assigned USPO have no objection to the requested date. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

IT IS SO SIPULATED:

                PHILLIP A. TALBERT
                United States Attorney

DATED:            /s/ Ross Pearson
                ROSS PEARSON
                Assistant United States Attorney
                Attorney for Plaintiff

DATED:            /s/ Douglas C. Foster
                DOUGLAS C. FOSTER
                Law Offices of Douglas C. Foster
                Attorney for Defendant
                MICHAEL SHAFER

## ORDER

Pursuant to the parties' stipulation the sentencing hearing in the above-captioned case shall be continued to January 28, 2022 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **November 19, 2021**      _/s/ Dale A. Drozd_
                    UNITED STATES DISTRICT JUDGE