PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-205-JLT |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: January 28, 2022 |
| MICHAEL DAVID SHAFER, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 28, 2022.

2. Counsel for the United States needs additional time to respond to objections raised in the defendant's sentencing memorandum, filed on January 21, 2022. By this stipulation, the parties therefore move to continue sentencing to February 11, 2022.

STIPULATION TO CONTINUE SENTENCING       1

IT IS SO STIPULATED.

Dated:  January 26, 2022                                          PHILLIP A. TALBERT
                                                                                      United States Attorney

                                                                                      /s/ ROSS PEARSON
                                                                                      ROSS PEARSON
                                                                                      Assistant United States Attorney

Dated:  January 26, 2022                                          /s/ DOUGLAS C. FOSTER
                                                                                      DOUGLAS C. FOSTER
                                                                                      Counsel for Defendant
                                                                                      MICHAEL DAVID SHAFER
                                                                                      (authorized by email on January 26, 2022)

**ORDER**

    IT IS SO FOUND.

IT IS SO ORDERED.

    Dated:  **January 27, 2022**                                          _____
                                                                                      UNITED STATES DISTRICT JUDGE