PHILLIP A. TALBERT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-0205-DJC |
|---|---|
| Plaintiff, | ORDER TO VACATE EVIDENTIARY HEARING AND SET REVOCATION DISPOSITION HEARING |
| v. | |
| MICHAEL DAVID SHAFER, | DATE: September 26, 2024<br>TIME: 10:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
| Defendant. | |

The Court has read and considered the Stipulation to Vacate Evidentiary Hearing and Set Revocation Disposition Hearing, filed by the parties in this matter on September 23, 2024. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for vacating the evidentiary hearing, and setting this case for a revocation disposition hearing for November 14, 2024.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The evidentiary hearing set for September 26, 2024, is hereby vacated.

2. The revocation disposition hearing is set for November 14, 2024, at 9:00 a.m.

ORDER

1

2. Defendant shall appear at that date and time before United States District Judge, Daniel J. Calabretta.

IT IS SO ORDERED.

DATED:  September 23, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE