```
                                FILED
                                11/14/2024
                                CLERK, US DISTRICT COURT
                                EASTERN DISTRICT OF
                                CALIFORNIA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MICHAEL DAVID SHAFER,

        Defendant.

Case No. 1:19-cr-00205-DJC-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL

This is to authorize and direct you to release <u>MICHAEL DAVID SHAFER</u> – Case No. <u>1:19-cr-00205-DJC-1</u>; Charge <u>18 U.S.C. § 3606</u>- from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $

    ____ Unsecured Appearance Bond $

    ____ Appearance Bond with 10% Deposit

    **X** Other: Defendant sentenced to a term of imprisonment of TIME SERVED. Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 11/14/2024 at 9:35 AM.

*Daniel J. Calabretta* (signature)

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE